■ In the Matter of DAVID GULBE, Respondent, v TAMMY GULBE, Appellant. [732 NYS2d 193] —Order unanimously affirmed without costs for reasons stated in decision at Ontario County Family Court, Henry, Jr., J. (Appeal from Order of Ontario County Family Court, Henry, Jr., J.—Custody.) Present— Green, J. P., Hayes, Wisner, Scudder and Kehoe, JJ.